**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 22, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00866-CV

**DAVID EBENAL, Appellant**

**V.**

**ARNOLD & ITKIN, LLP, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 77109-CV**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 10, 2105. On October 16, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.